**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* ____________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | FRC Balance, LLC | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA True Food Kitchen | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 26-2536386 | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>7135 E Camelback Rd, Suite 230<br>Scottsdale, AZ 85251<br>Number, Street, City, State & ZIP Code<br><br>Maricopa<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.truefoodkitchen.com | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor FRC Balance, LLC
Name

Case number (*if known*) ______

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7225

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor See Attachment Relationship ______
District ______ When ______ Case number, if known ______

Debtor FRC Balance, LLC
Name

Case number (*if known*)

**11. Why is the case filed in *this district?***

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

.

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☒ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor FRC Balance, LLC
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 4, 2026
MM / DD / YYYY

**X** /s/ Nathan Cook
Signature of authorized representative of debtor

Nathan Cook
Printed name

Title Chief Restructuring Officer

**18. Signature of attorney**

**X** /s/ Omar J. Alaniz
Signature of attorney for debtor

Date October 4, 2026
MM / DD / YYYY

Omar J. Alaniz
Printed name

Reed Smith LLP
Firm name

2850 N. Harwood Street
Dallas, TX 75201
Number, Street, City, State & ZIP Code

Contact phone (469) 680-4200 Email address oalaniz@reedsmith.com

24040402 TX
Bar number and State

Debtor FRC Balance, LLC
Name

Case number (*if known*)

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* Chapter 11

☐ Check if this is an amended filing

**FORM 201. VOLUNTARY PETITION**

**Pending Bankruptcy Cases Attachment**

| | | | | | |
|---|---|---|---|---|---|
| Debtor | FRC TF California, LLC | | | Relationship to you | Affiliate |
| District | Southern District of Texas, Houston Division | When | 10/5/26 | Case number, if known | |
| Debtor | FRC True Food Preston, LLC | | | Relationship to you | Affiliate |
| District | Southern District of Texas, Houston Division | When | 10/5/26 | Case number, if known | |
| Debtor | TFK Maryland LLC | | | Relationship to you | Affiliate |
| District | Southern District of Texas, Houston Division | When | 10/5/26 | Case number, if known | |
| Debtor | True Food Beverages, LLC | | | Relationship to you | Affiliate |
| District | Southern District of Texas, Houston Division | When | 10/5/26 | Case number, if known | |
| Debtor | True Food Hospitality, LLC | | | Relationship to you | Affiliate |
| District | Southern District of Texas, Houston Division | When | 10/5/26 | Case number, if known | |
| Debtor | True Food Kitchen Holdings, LLC | | | Relationship to you | Affiliate |
| District | Southern District of Texas, Houston Division | When | 10/5/26 | Case number, if known | |
| Debtor | True Food Kitchen Investco, LLC | | | Relationship to you | Affiliate |
| District | Southern District of Texas, Houston Division | When | 10/5/26 | Case number, if known | |
| Debtor | True Food Kitchen Parent, LLC | | | Relationship to you | Affiliate |
| District | Southern District of Texas, Houston Division | When | 10/5/26 | Case number, if known | |

**WRITTEN CONSENT OF THE SOLE MEMBER OF**
**FRC BALANCE LLC**

**October 1, 2026**

The undersigned, being the Sole Member (the "Sole Member") of FRC Balance LLC, an Arizona limited liability company (the "Company"), pursuant to the Arizona Limited Liability Company Act, does hereby consent to, adopt, and approve the resolutions attached hereto as Annex A, with the same force and effect as if such resolutions were consented to, adopted and approved at a duly constituted meeting of the Sole Member.

This instrument may be executed and delivered by facsimile or other form of electronic transmission.

**SOLE MEMBER:**

TRUE FOOD KITCHEN PARENT LLC

By: Jeff Chandler (Oct 2, 2026 10:53:50 MDT)
Name: Jeff Chandler
Title: Authorized Signatory

**Annex A**

**WHEREAS**, the Sole Member has authority to do any and all acts on behalf of the Company; and

**WHEREAS**, the Sole Member, in consultation with the Company's professionals, believes that the filing of a petition in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") seeking relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") is in the best interest of the Company and its stakeholders;

**NOW THEREFORE, BE IT RESOLVED**, that on this 1st day of October, 2026, the Sole Member hereby authorizes the filing of a voluntary petition for relief under the Bankruptcy Code, such voluntary petition to be filed with petitions of related affiliates (the "**Chapter 11 Cases**") in the Bankruptcy Court; and it is further

**RESOLVED**, that Jeff Chandler, Nathan Cook, and such other persons as may be designated by the Sole Member (the "**Authorized Persons**") are authorized to prosecute the Chapter 11 Cases, including, to negotiate or cause to be negotiated, to prepare or cause to be prepared, and to execute, verify, and file or cause to be executed, verified, or filed all documents necessary, including all affidavits, schedules, motions, lists, applications, pleadings, exhibits, disclosures, plans, agreements, instruments, and other papers, that the Company deems necessary, proper, or desirable in connection with the Chapter 11 Cases; and it is further

**RESOLVED**, that the Company is hereby authorized, and the Authorized Persons shall be, and hereby are, authorized and directed on behalf of the Company, to seek to have these Chapter 11 Cases jointly administered by the Bankruptcy Court; and it is further

**RESOLVED**, that the Authorized Persons shall be, and hereby are, authorized, directed, and empowered, with full power of delegation, on behalf of and in the name of the Company (including each subsidiary thereof), to take all actions necessary or appropriate for the Company to obtain post-petition financing (such transaction, the "**DIP Financing**" and the lender thereof, the "**DIP Lender**"), including under one or more debtor-in-possession credit facilities, and to effectuate the foregoing, to enter into such loan agreements, documents, notes, guaranties, security agreements, pledge agreements and all other documents, agreements or instruments (collectively, the "**DIP Credit Documents**") as may be deemed necessary or appropriate by the Authorized Persons, in consultation with the Company's Advisors (as defined below); and it is further

**RESOLVED**, that the granting by such Company of liens on and security interests in any or all of its assets to secure any obligations under the DIP Credit Documents and the filing and recording of any UCC financing statements, fixture filings, intellectual property filings, or any other documents and the taking of any other actions necessary, advisable, desirable, or appropriate to perfect such security interests, are authorized and approved, and the Authorized Persons shall be, and hereby are, authorized, directed, and empowered, with full power of delegation, on behalf

of the Company to execute and deliver any such other perfection documents or instruments, including continuation statements, and pay such fees, taxes, and expenses, as necessary; and it is further

**RESOLVED**, that the Authorized Persons shall be, and hereby are, authorized, directed, and empowered, with full power of delegation, on behalf of and in the name of the Company, to employ and retain the law firm of Reed Smith LLP to act as attorneys in connection with these Chapter 11 Cases, Teneo Restructuring to act as financial advisors in connection with these Chapter 11 Cases, and Stretto to act as claims, noticing, and solicitation agent in connection with these Chapter 11 Cases and, in connection therewith, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Reed Smith LLP, Teneo Restructuring, and Stretto (collectively, the "**Advisors**"); and it is further

**RESOLVED**, that the Authorized Persons shall be, and hereby are, authorized, directed, and empowered, with full power of delegation on behalf of and in the name of the Company, to employ and retain such further legal, restructuring, financial, accounting and bankruptcy services firms as may be deemed necessary or appropriate by any Authorized Person to assist the Company in carrying out their responsibilities in these Chapter 11 Cases, and, in connection therewith, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary; and it is further

**RESOLVED**, that the Authorized Persons, in consultation with the Advisors, shall be, and hereby are, authorized, directed, and empowered, with full power of delegation on behalf of and in the name of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and to amend, supplement or otherwise modify from time to time, all such further agreements, documents, certificates, statements, notices, undertakings and other writings, and to incur and to pay or direct payment of all such fees and expenses, as in the judgment of an Authorized Person shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

**RESOLVED**, that any and all actions, whether previously or subsequently taken by the Authorized Persons or any other person authorized to act by the Authorized Persons or as otherwise specified herein, that are consistent with the intent and purpose of the foregoing resolutions or in connection with any matters referred to herein, shall be, and the same hereby are, in all respects, ratified, approved and confirmed; and it is further

**RESOLVED**, that these resolutions be filed in the book and records of the Company.