**Fill in this information to identify the case:**

Debtor name FRC Balance LLC, et al.

United States Bankruptcy Court for the: Southern District of Texas (State)

Case number (If known): 26-90806 (CML)

❑ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Gordon Food Service<br>1300 Gezon Parkway Sw<br>Wyoming, MI 49509 | E: tiffany.rosu@gfs.com | Trade | | $2,020,914.02 | | **$2,020,914.02** |
| 2 | Shamrock Foods<br>2540 N 29th Ave<br>Phoenix, AZ 85009 | E: Remittance_advice@shamrockfoods.com | Trade | | $1,189,192.49 | | **$1,189,192.49** |
| 3 | Freshpoint<br>4721 Simonton Rd<br>Dallas, TX 75244 | E: remit@sbs.sysco.com; ARFPCHI@FreshPoint.com | Trade | | $823,897.20 | | **$823,897.20** |
| 4 | Simon<br>660 Stanford Shopping Center<br>Palo Alto, CA 94304 | E: jonmurphy@simon.com | Rent | | $618,210.10 | | **$618,210.10** |
| 5 | LeapAmp LLC<br>2500 Technology Drive<br>Louisville, KY 40299 | P: (502)212-1390<br>E: ar@leapgroupnetwork.com | Trade | | $360,000.00 | | **$360,000.00** |
| 6 | Trimark<br>PO Box 654374<br>Dallas, TX 75265 | E: tmoc_ar@trimarkusa.com; trimarkservice@trimarkusa.com | Trade | | $341,974.35 | | **$341,974.35** |
| 7 | Mount Hope Wholesale Inc<br>853 S Main St<br>Cottonwood, AZ 86326 | E: accounting@mounthopewholesale.com | Trade | | $276,899.89 | | **$276,899.89** |
| 8 | Scheiner Commercial Group Inc<br>18965 Base Camp Road Suite A1<br>Monument, CO 80132 | E: beth@scheinercg.com | Trade | | $230,563.43 | | **$230,563.43** |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Blackmon Mooring-BMS CAT<br>5718 AirPort Freeway<br>Haltom City, TX 76117 | E: rle@bmsmanagement.com | Trade | | $202,169.07 | | **$202,169.07** |
| 10 | BiRite Foodservice Distributors<br>123 S Hill Dr<br>Brisbane, CA 94005 | P: (866)475-0729<br>E: ar@birite.com | Trade | | $190,198.74 | | **$190,198.74** |
| 11 | Westfield LLC | P: (415)565-9329<br>E: daniel.foy@urw.com; colin.shaughnessy@urw.com | Rent | | $163,962.68 | | **$163,962.68** |
| 12 | Federal Realty<br>Lockbox #9320<br>2005 Market Street, 5th Floor<br>Philadelphia, PA 19103 | P: (310) 414-5286<br>E: JLandis@federalrealty.com; jkreshek@federalrealty.com | Rent | | $143,531.39 | | **$143,531.39** |
| 13 | Ecolab<br>PO Box 100512<br>Pasadena, CA 91189 | E: Finance-EDIReports@ecolab.com; PestElim-CashReceipts@ecolab.com | Trade | | $141,848.75 | | **$141,848.75** |
| 14 | Janel Management Group | E: dd@jenel.net; Joseph.Dushey@jenel.net; mh@jenel.net | Rent | | $135,668.00 | | **$135,668.00** |
| 15 | Dayforce<br>PO Box 772830<br>Chicago, IL 60677 | E: AccountsReceivable@dayforce.com | Trade | | $113,195.55 | | **$113,195.55** |
| 16 | Baker Tilly US<br>PO Box 737426<br>Chicago, IL 60673 | E: Tobin.Alexander@bakertilly.com | Trade | | $107,362.50 | | **$107,362.50** |
| 17 | Macerich<br>401 Wilshire Blvd, Ste 700<br>Santa Monica, CA 90401 | E: Kris.Vesely@macerich.com | Trade | | $85,278.66 | | **$85,278.66** |
| 18 | Linkedin Corporation<br>62228 Collections Center Drive<br>Chicago, IL 60693 | E: receivables-namerica@linkedin.com | Trade | | $79,715.17 | | **$79,715.17** |
| 19 | Brookfield Properties<br>350 N. Orleans St.<br>Suite 300<br>Chicago, IL 60654 | E: katrina.crumpton@brookfieldproperties.com; Serge.Khalimsky@bpretail.com | Rent | | $79,309.14 | | **$79,309.14** |
| 20 | Willie Itule<br>301 N 45th Ave<br>Phoenix, AZ 85043 | E: jessie@ituleproduce.com | Trade | | $78,231.76 | | **$78,231.76** |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | The Irvine Company<br>401 Newport Center Dr, Suite A150<br>Newport Beach, CA 92660 | E: dstubblefield@irvinecompany.com; gwidder@irvinecompany.com | Rent | | $77,030.28 | | **$77,030.28** |
| 22 | Workday Inc<br>6110 Stoneridge Mall Road<br>Pleasanton, CA 94588 | P: (925)951-9522<br>E: accounts.receivable@workday.com | Trade | | $75,075.14 | | **$75,075.14** |
| 23 | Coastal Sunbelt Produce<br>9001 Whiskey Bottom Rd<br>Laurel, MD 20723 | E: accounting@CoastalSunbelt.com | Trade | | $71,834.99 | | **$71,834.99** |
| 24 | PR III/Crow Raintree Office, LLC<br>c/o PGIM Real Estate<br>655 Broad Street, 14th Floor<br>Newark, NJ 0 | Attn: Legal<br>E: Brad.Anderson@cushwake.com | Rent | | $69,031.55 | | **$69,031.55** |
| 25 | K3 Facility Services<br>2150 W Northwest Hwy<br>#114-1134<br>Grapevine, TX 76051 | E: invoice@k3facilityservices.com | Trade | | $64,674.56 | | **$64,674.56** |
| 26 | The Creative Advertising Group LLC<br>PO Box 17592<br>Lockbox# 17592<br>Denver, CO 80217 | P: (303)932-8600<br>E: invoices@tcaginc.com | Trade | | $64,050.07 | | **$64,050.07** |
| 27 | Forbes<br>16316 Collections Center Dr<br>Chicago, IL 60693 | E: nforbes@theforbescompany.com; aferris@theforbescompany.com | Rent | | $62,845.42 | | **$62,845.42** |
| 28 | Passport Coffee & Tea<br>7585 E Gray Rd<br>Scottsdale, AZ 85260 | E: accountspayable@passportcoffee.com | Trade | | $58,704.47 | | **$58,704.47** |
| 29 | Mission Linen<br>2727 Industry Street<br>Oceanside, CA 92054 | E: Mharlin@missionlinen.com; mtamayo@missionlinen.com; annettesanchez@missionlinen.com; kzinn@missionlinen.com; lrivera@missionlinen.com; ar601@missionlinen.com | Trade | | $57,139.84 | | **$57,139.84** |
| 30 | Edens Limited Partnership | E: jmclean@edens.com; pgranger@edens.com | Trade | | $52,868.78 | | **$52,868.78** |