**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **FRC Balance, LLC, *et al.*** | § | **Case No. 26-90806 (CML)** |
| **Debtors.**[1] | § | **(Joint Administration Requested)** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that the law firm of Michael Best & Friedrich LLP, through Christopher J. Schreiber, hereby appears as counsel of record in this case for HumanCo TFK IV, LLC. Request is hereby made that copies of all notices, pleadings, orders, and all other papers required to be served or mailed (electronically or otherwise) be sent to the undersigned as counsel of record for HumanCo TFK IV, LLC.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers specified above, but also includes, without limitation, any orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, electronically, telephone, facsimile or otherwise, which affect the Debtors, property of the Debtors, or any rights or interest of creditors or parties in interest in this bankruptcy case.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are FRC Balance, LLC (6386); True Food Kitchen Investco, LLC (8744); True Food Kitchen Holdings, LLC (8972); True Food Kitchen Parent, LLC (9901); FRC True Food Preston, LLC (2759); True Food Hospitality, LLC (4500); True Food Beverages, LLC (9500); TFK Maryland LLC (9157); and FRC TF California, LLC (8589). The location of the Debtors' service address for purposes of these chapter 11 cases is 7135 E. Camelback Rd, Suite 230, Scottsdale, AZ 85251. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/FRCBalance.

PLEASE TAKE FURTHER NOTICE that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights, without limitation: (a) to require that where any adversary proceeding is to be initiated, service shall be made in accordance with applicable Bankruptcy Rules, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) to have final orders in non-core matters entered only after *de novo* review by the United States District Court; (c) to have a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (d) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (e) any other rights, claims, actions, defenses, setoffs or recoupments in law or at equity.

Respectfully submitted: October 5, 2026.

**MICHAEL BEST & FRIEDRICH LLP**

By: */s/ Christopher J. Schreiber*
Christopher J. Schreiber Esq.
790 N. Water Street, Suite 2500
Milwaukee, WI 53202-4108
Phone: 414.225.8284
Email: cjschreiber@michaelbest.com

*Counsel to HumanCo TFK IV, LLC*

## CERTIFICATE OF SERVICE

I certify that on October 5, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

By: */s/ Christopher J. Schreiber*