**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FRC BALANCE, LLC, *et al.*,** | § | **Case No. 26-90806** |
| | § | |
| **Debtors.**[1] | § | |
| | § | |
| | § | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance on behalf Kingswood Partners LLC and HumanCo TFK III, LLC pursuant to Section 1109(b) of Title 11 of the United States Code ("**Bankruptcy Code**") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") and requests notice of all hearings and conferences herein and makes demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, and 9007. All notices given or required to be given in this case shall be served upon:

James B. Bailey
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue N.
Birmingham, AL 35203
D: 205.521.8913
F: 205.488.6913
E: jbailey@bradley.com

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are FRC Balance, LLC (6386); True Food Kitchen Investco, LLC (8744); True Food Kitchen Holdings, LLC (8972); True Food Kitchen Parent, LLC (9901); FRC True Food Preston, LLC (2759); True Food Hospitality, LLC (4500); True Food Beverages, LLC (9500); TFK Maryland LLC (9157); and FRC TF California, LLC (8589). The location of the Debtors' service address for purposes of these chapter 11 cases is 7135 E. Camelback Rd, Suite 230, Scottsdale, AZ 85251. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/FRCBalance.

Please take further notice that the foregoing request includes notices and papers referred to in the Bankruptcy Rules and includes, without limitation, any plans of reorganization, notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, or telecopier.

Dated: October 5, 2026

Respectfully submitted,

By: */s/ James B. Bailey*
James B. Bailey
Texas Bar No. 24108289
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue N.
Birmingham, AL 35203
D: 205.521.8913
F: 205.488.6913
E: jbailey@bradley.com

***Counsel for Kingswood Partners LLC and HumanCo TFK III, LLC***

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 5, 2026, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

*/s/ James B. Bailey*
James B. Bailey