Electronic Appearance Sheet

Alison Shea, Warner Angle Hallam Jackson & Formanek PLC
Client(s): PR III/CROW RAINTREE OFFICE, LLC

Omar Alaniz, Reed Smith LLP
Client(s): FRC Balance, LLC and debtor affiliates

Amalia Sax-Bolder, Reed Smith LLP
Client(s): FRC Balance, LLC and debtor affiliates

Jason Angelo, Reed Smith LLP
Client(s): FRC Balance, LLC and debtor affiliates

London England, Reed Smith LLP
Client(s): FRC Balance, LLC and debtor affiliates

Haley Bray, Reed Smith LLP
Client(s): FRC Balance, LLC and debtor affiliates

Gabrielle Colson, Reed Smith LLP
Client(s): FRC Balance, LLC and debtor affiliates

Michael Tucker, UB Greensfelder LLP
Client(s): Easton Town Center, LLC

Laurel Roglen, Ballard Spahr LLP
Client(s): Federal Realty, The Macerich Company, The Irvine Company, The Forbes Company, and PGIM

Jana Whitworth, Office of the United States Trustee
Client(s): U.S. Trustee

Ivan Gold, Allen Matkins Leck Gamble Mallory & Natsis LLP
Client(s): Oakbrook Shopping Center, LLC and FC Ballston Common, LLC

Christopher Schreiber, Michael Best & Friedrich LLP
Client(s): HumanCo TFK IV, LLC

Will Dorward, Singer & Levick, LP
Client(s): Red Development

Jarrod Martin, Bradley Arant Boult Cummings LLP
Client(s): Kingswood Partners LLC and HumanCo TFK III, LLC