Electronic Appearance Sheet

London England, Reed Smith
Client(s): Debtors FRC Balance