**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FRC Balance, LLC, *et al.*,**[1] | § | **Case No. 26-90806 (CML)** |
| | § | |
| | § | **(Joint Administration Requested)** |
| **Debtors.** | § | |
| | § | |

**NOTICE OF APPEARANCE AND**
**<u>REQUEST FOR NOTICES AND SERVICE PAPERS</u>**

**PLEASE TAKE NOTICE** that the attorneys listed below hereby appear as counsel for inKind Cards, Inc., inKind Credit Fund LP, and inKind Warehouse Facility, LLC (collectively, "**inKind**") in the cases of the above-captioned debtors and debtors in possession (the "**Debtors**") pending under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). Pursuant to section 1109(b) of the Bankruptcy Code and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), inKind requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in these cases, be transmitted to:

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are FRC Balance, LLC (6386); True Food Kitchen Investco, LLC (8744); True Food Kitchen Holdings, LLC (8972); True Food Kitchen Parent, LLC (9901); FRC True Food Preston, LLC (2759); True Food Hospitality, LLC (4500); True Food Beverages, LLC (9500); TFK Maryland LLC (9157); and FRC TF California, LLC (8589). The location of the Debtors' service address for purposes of these chapter 11 cases is 7135 E. Camelback Rd, Suite 230 Scottsdale, AZ 85251. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/FRCBalance.

**WEIL, GOTSHAL & MANGES LLP**
Clifford W. Carlson
Austin B. Crabtree
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Clifford.Carlson@weil.com
Austin.Crabtree@weil.com

**WEIL, GOTSHAL & MANGES LLP**
Robert Berezin
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Robert.Berezin@weil.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission or otherwise, that affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys consent to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the attorneys identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned cases.

Dated: October 20, 2026
Houston, Texas

*/s/ Clifford W. Carlson*

WEIL, GOTSHAL & MANGES LLP
Clifford W. Carlson (24090024)
Austin B. Crabtree (24109763)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Clifford.Carlson@weil.com
Austin.Crabtree@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Robert Berezin (*pro hac vice* forthcoming)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Robert.Berezin@weil.com

*Attorneys for inKind*

**Certificate of Service**

I hereby certify that, on October 20, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Clifford W. Carlson*
Clifford W. Carlson