**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FRC BALANCE LLC, et al.,[1] | ) | Case No. 26-90806 (CML) |
| Debtors. | ) | (Jointly Administered) |

# CERTIFICATE OF SERVICE

I, Alberto Romero Calderon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

Commencing on October 12, 2026, at my direction and under my supervision employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Application for Authority to Retain and Employ Reed Smith LLP as Attorneys for the Debtors Pursuant to Sections 327(a) and 328 of the Bankruptcy Code** (Docket No. 90)

Dated: October 20, 2026

*/s/ Alberto Romero Calderon*
Alberto Romero Calderon
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 855.794.4256
Email: TeamFRCBalance@stretto.com

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are FRC Balance, LLC (6386); True Food Kitchen Investco, LLC (8744); True Food Kitchen Holdings, LLC (8972); True Food Kitchen Parent, LLC (9901); FRC True Food Preston, LLC (2759); True Food Hospitality, LLC (4500); True Food Beverages, LLC (9500); TFK Maryland LLC (9157); and FRC TF California, LLC (8589). The location of the Debtors' service address for purposes of these chapter 11 cases is 7135 E. Camelback Rd, Suite 230, Scottsdale, AZ 85251. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/FRCBalance.

# Exhibit A

STRETTO

**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Arizona Corporation Commission | | 1200 W Washington St | | | Phoenix | AZ | 85007 |
| Arizona Department of Revenue | | 1600 W Monroe St | | | Phoenix | AZ | 85007 |
| Arizona Office of the Attorney General | | 2005 N Central Ave | | | Phoenix | AZ | 85004 |
| Baker Tilly US | | PO Box 737426 | | | Chicago | IL | 60673 |
| Biltmore Shopping Center Partners LLC | c/o Singer & Levick, P.C. | Attn: Michelle E. Shriro, Esq. | 16200 Addison Rd | Suite 140 | Addison | TX | 75001 |
| BiRite Foodservice Distributors | | 123 S Hill Dr | | | Brisbane | CA | 94005 |
| Blackmon Mooring-BMS CAT | | 5718 AirPort Fwy | | | Haltom City | TX | 76117 |
| Brookfield Properties | | 350 N Orleans St | Suite 300 | | Chicago | IL | 60654 |
| California Department of Industrial Relations | | 1515 Clay St | Suite 1901 | | Oakland | CA | 94612 |
| California Office of the Attorney General | | 1300 "I" Street | | | Sacramento | CA | 95814 |
| California Office of the Attorney General | | PO Box 944255 | | | Sacramento | CA | 94244-2550 |
| California State Controller's Office | | 300 Capitol Mall | Suite 1850 | | Sacramento | CA | 95814 |
| City of Houston, Houston ISD, Harris Co ID # 01, Houston City College fkaHouston Comm College | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 |
| City of University Park, Highland Park ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Elizabeth Banda Calvo | 500 E Border St | Suite 640 | Arlington | TX | 76010 |
| City of Walnut Creek Business Licensing | | | | | | | |
| Clerk of the Circuit Court & Comptroller, Palm Beach County | | 205 N Dixie Highway | | | West Palm Beach | FL | 33401 |
| Coastal Sunbelt Produce, LLC | | 9001 Whiskey Bottom Rd | | | Laurel | MD | 20723 |
| Collier County Sheriff's Office | | 3319 Tamiami Trail East | | | Naples | FL | 34112 |
| Colorado Office of the Attorney General | | Ralph L. Carr Judicial Building | 1300 Broadway | 10th Floor | Denver | CO | 80203 |
| Colorado Office of the State Controller | | 1525 Sherman St | | | Denver | CO | 80203 |
| Comptroller of Maryland | | 80 Calvert St | | | Annapolis | MD | 21404 |
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner | 3500 Maple Ave | Suite 800 | Dallas | TX | 75219 |
| Dayforce | | PO Box 772830 | | | Chicago | IL | 60677 |
| Duval County Tax Collector | | 231 E Forsyth St | Suite 130 | | Jacksonville | FL | 32202 |
| Ecolab | | PO Box 100512 | | | Pasadena | CA | 91189 |
| Ecolab Inc. | c/o Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey | Washington Bldg Barnabas Business Cntr | 4650 N Port Washington Rd | Milwaukee | WI | 53212-1059 |
| Edens Limited Partnership | | 1272 5th St NE | Suite 200 | | Washington | DC | 20002 |
| Eskridge (E&A), LLC, FR Annapolis TC, LLC, Fashion Island Retail LLC, Macerich HHF Broadway Plaza LLC, Macerich Twenty Ninth Street LLC, PR Avalon Phase I Owner, LLC, Street Retail, LLC, Street Retail West 6, L.P., and Waterside at Pelican Bay LLC | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Esq. & Nahal Zarnigham, Esq. | 2029 Century Park E | Suite 1400 | Los Angeles | CA | 90067-2915 |
| Eskridge (E&A), LLC, FR Annapolis TC, LLC, Fashion Island Retail LLC, Macerich HHF Broadway Plaza LLC, Macerich Twenty Ninth Street LLC, PR Avalon Phase I Owner, LLC, Street Retail, LLC, Street Retail West 6, L.P., and Waterside at Pelican Bay LLC | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Esq, Laurel D. Roglen, Esq, Margaret A. Vesper, Esq, & Erin L. Williamson, Esq | 222 Delaware Ave | 10th Floor | Wilmington | DE | 19801-3034 |
| Federal Realty | | Lockbox #9320 | 2005 Market St | 5th Floor | Philadelphia | PA | 19103 |
| Florida Department of Revenue | | 5050 W Tennessee St | | | Tallahassee | FL | 32399-0100 |
| Florida Office of the Attorney General | | The Capitol Pl 01 | | | Tallahassee | FL | 32399 |
| Forbes | | 16316 Collections Center Dr | | | Chicago | IL | 60693 |
| Freshpoint | | 4721 Simonton Rd | | | Dallas | TX | 75244 |
| Fulton County Government | | 141 Pryor St SW | | | Atlanta | GA | 30303 |
| Georgia Office of the Attorney General | | 40 Capitol Sq SW | | | Atlanta | GA | 30334 |
| GGP Services Inc. as Agent | Attn: Kristen N. Pate | 350 N Orleans St | Suite 300 | | Chicago | IL | 60654-1607 |
| Gordon Food Service (Glazier Foods Company) | | 1300 Gezon Parkway SW | | | Wyoming | MI | 49509 |
| Hillsborough County Tax Collector | | 2506 N Falkenburg Rd | | | Tampa | FL | 33619 |
| HumanCo TFK IV, LLC | c/o Michael Best & Friedrich LLP | Attn: Christopher J. Schreiber Esq. | 790 N Water St | Suite 2500 | Milwaukee | WI | 53202-4108 |
| Illinois Department of Revenue | | 101 W Jefferson St | | | Springfield | IL | 62702 |
| Illinois Office of Comptroller | | 325 W Adams St | | | Springfield | IL | 62704 |
| Illinois Office of the Attorney General | | James R. Thompson Center | 100 W Randolph St | | Chicago | IL | 60601 |
| Internal Revenue Service (IRS) | Attn: Centralized Insolvency Operation | 1111 Constitution Ave NW | | | Washington | DC | 20224 |
| Internal Revenue Service (IRS) | Department of Treasury | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service (IRS) | Department of Treasury | PO Box 9941, Stop 6552 | | | Ogden | UT | 84409-0941 |
| Internal Revenue Service (IRS) | Houston Department | 1919 Smith St | M/S 5024 HOU | | Houston | TX | 77002 |
| Jenel Management Group | | 275 Madison Ave | Suite 1100 | | New York | NY | 10016 |
| K3 Facility Services | | 2150 W Northwest Hwy | #114-1134 | | Grapevine | TX | 76051 |
| Kingswood Partners LLC | c/o Bradley | Attn: Jarrod Martin, James B. Bailey | | | | | |

STRETTO

**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Kingswood Partners LLC and HumanCo TFK III, LLC | c/o Bradley Arant Boult Cummings LLP | Attn: James B. Bailey, Esq. | 1819 Fifth Ave N | | Birmingham | AL | 35203 |
| Kingswood Partners LLC and HumanCo TFK III, LLC | c/o Bradley Arant Boult Cummings LLP | Attn: Jarrod B. Martin, Esq. | 600 Travis St | Suite 5600 | Houston | TX | 77002 |
| LeapAmp LLC | | 2500 Technology Dr | | | Louisville | KY | 40299 |
| Linkedin Corporation | | 62228 Collections Center Dr | | | Chicago | IL | 60693 |
| Los Angeles County Fire Department | | 1320 N Eastern Ave | | | Los Angeles | CA | 90063 |
| Los Angeles County Treasurer and Tax Collector | Property | 225 N Hill St | Room 122 | | Los Angeles | CA | 90012 |
| Louisiana Department of Revenue | | PO Box 201 | | | Baton Rouge | LA | 70821-0201 |
| Louisiana Office of the Attorney General | | 1885 N Third St | | | Baton Rouge | LA | 70802 |
| Louisiana Secretary of State | | PO Box 94125 | | | Baton Rouge | LA | 70804-9125 |
| LW Owner 1, LLC | c/o Spencer Fane, LLP | Attn: Misty A. Segura | 3040 Post Oak Blvd | Suite 1400 | Houston | TX | 77056 |
| Macerich | | 401 Wilshire Blvd | Suite 700 | | Santa Monica | CA | 90401 |
| Maryland Office of the Attorney General | | 200 St. Paul Pl | | | Baltimore | MD | 21202 |
| Michael Best & Friedrich LLP | Attn: Christopher J. Schreiber, Esq., Justin M. Mertz, Esq., Matt Wolf, & Madeline Schmid | 790 N Water St | Suite 2500 | | Milwaukee | WI | 53202 |
| Mission Linen | | 2727 Industry St | | | Oceanside | CA | 92054 |
| Missouri Department of Revenue | | PO Box 300 | | | Jefferson City | MO | 65105-0300 |
| Missouri Office of the Attorney General | | Supreme Court Building | 207 W High St | | Jefferson City | MO | 65101 |
| Montgomery County Circuit Court | | 50 Maryland Ave | | | Rockville | MD | 20850 |
| Mount Hope Wholesale Inc | | 853 S Main St | | | Cottonwood | AZ | 86326 |
| Nevada Office of the Attorney General | | Old Supreme Court Building | 100 N Carson St | | Carson City | NV | 89701 |
| New Jersey Department of Community Affairs | | PO Box 800 | | | Trenton | NJ | 8625 |
| New Jersey Division of Taxation | | 3 John Fitch Way | 5th Floor | PO Box 245 | Trenton | NJ | 08695-0245 |
| New Jersey Office of the Attorney General | | Richard J. Hughes Justice Complex | 25 Market St 8th Floor | West Wing | Trenton | NJ | 08611 |
| New Jersey Restaurant & Hospitality Association (NJRHA) | Attn: Jennifer Bono | 126 West State St | | | Trenton | NJ | 08608 |
| New York Office of the Attorney General | | The Capitol | | | Albany | NY | 12224 |
| New York State Department of Taxation and Finance | Sales & Use | W.A. Harriman Campus | | | Albany | NY | 12227 |
| North Carolina Department of Revenue | | PO Box 25000 | | | Raleigh | NC | 27640-0640 |
| North Carolina Office of the Attorney General | | 114 W Edenton St | | | Raleigh | NC | 27603 |
| Office of the U.S. Trustee for the Southern District of Texas | Attn: Jana Smith Whitworth & Jayson B. Ruff | 515 Rusk St | Suite 3516 | | Houston | TX | 77002 |
| Ohio Department of Taxation | | 4485 Northland Ridge Blvd | | | Columbus | OH | 43229 |
| Ohio Office of the Attorney General | | 30 E Broad St | 14th Floor | | Columbus | OH | 43215 |
| Palm Beach County Sheriff's Office | | 3228 Gun Club Rd | | | West Palm Beach | FL | 33406 |
| Palm Beach County Tax Collector | | 301 N Olive Ave | 3rd Floor | | West Palm Beach | FL | 33401 |
| Passport Coffee & Tea | | 7585 E Gray Rd | | | Scottsdale | AZ | 85260 |
| Pennsylvania Department of Revenue | | Strawberry Square | | | Harrisburg | PA | 17128 |
| Pennsylvania Office of the Attorney General | | Strawberry Square | 16th Floor | | Harrisburg | PA | 17120 |
| PR III/Crow Raintree Office, LLC | c/o PGIM Real Estate | 655 Broad St | 14th Floor | | Newark | NJ | 07102 |
| Reston Town Center Property LLC | c/o Greenstein DeLorme & Luchs, P.C. | Attn: James D. Sadowski, Esq. | 801 17th St NW | Suite 1000 | Washington | DC | 20006 |
| Rewards Network Establishment Services Inc. | c/o Dorsey & Whitney LLP | Attn: Michael Galen | 2325 East Camelback Road | Suite 900 | Phoenix | AZ | 85016 |
| Rewards Network Establishment Services Inc. | c/o Dorsey & Whitney LLP | Attn: Nathan Elner | 200 Crescent Court | Suite 1600 | Dallas | TX | 75201 |
| Scheiner Commercial Group Inc | | 18965 Base Camp Rd | Suite A1 | | Monument | CO | 80132 |
| SDQ FEE, LLC | c/o Clark Hill PLC | Attn: Audrey L. Hornisher, Madison C. Geiger | 901 Main St | Suite 6000 | Dallas | TX | 75202 |
| Securities and Exchange Commission (SEC) | | 100 F Street, NE | | | Washington | DC | 20549 |
| Securities and Exchange Commission (SEC) | Attn: Antonia Apps, Regional Director | 100 Pearl St | Suite 20-100 | | New York | NY | 10004-2616 |
| Securities and Exchange Commission (SEC) | Attn: Regional Director | New York Regional Office, Brookfield Place | 200 Vesey St | Suite 400 | New York | NY | 10281-1022 |
| Shamrock Foods | | 2540 N 29th Ave | | | Phoenix | AZ | 85009 |
| Simon | | 660 Stanford Shopping Center | | | Palo Alto | CA | 94304 |
| Simon Property Group, LP | Attn: Catherine M. Martin, Esq. | 225 W Washington St | | | Indianapolis | IN | 46204 |
| SOLIC Capital | Attn: D. Reid Snellenbarger, George N. Koutsonicolis, Chad Casas, Reid Milkens, & Jeremy Schwab | SOLIC Capital | | | | | |
| South Coast Air Quality Management District | | 21865 Copley Dr | | | Diamond Bar | CA | 91765 |
| Southern District of Texas United States Attorneys Office | Attn: Jennifer Lowery | 1000 Louisiana St | Suite 2300 | | Houston | TX | 77002 |
| Tennessee Department of Revenue | | 500 Deaderick St | Andrew Jackson State Office Building | | Nashville | TN | 37242 |
| Tennessee Office of the Attorney General | | 301 6th Ave N | | | Nashville | TN | 37243 |
| Texas Comptroller of Public Accounts | | PO Box 13528 | Capitol Station | | Austin | TX | 78711-3528 |
| Texas Comptroller of Public Accounts | | PO Box 149348 | | | Austin | TX | 78714-9348 |

STRETTO

**Exhibit A**

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Texas Comptroller of Public Accounts | Attn: Bankruptcy Unit | Lyndon B Johnson State Office Building | 111 E 17th St | | Austin | TX | 78774 |
| Texas Comptroller of Public Accounts | c/o Revenue Accounting Division | Attn: Courtney J Hull | PO Box 12548 | Bankruptcy & Collections Division | Austin | TX | 78711-2548 |
| Texas Office of the Attorney General | | 300 W 15th St | | | Austin | TX | 78701 |
| Texas Office of the Attorney General | | PO Box 12548 | | | Austin | TX | 78711-2548 |
| The Creative Advertising Group LLC | | PO Box 17592 | Lockbox# 17592 | | Denver | CO | 80217 |
| The Irvine Company | | 401 Newport Center Dr | Suite A150 | | Newport Beach | CA | 92660 |
| Travis County | c/o Travis County Attorney | Attn: Jason A. Starks, Esq. | PO Box 1748 | | Austin | TX | 78767 |
| Trimark | | PO Box 654374 | | | Dallas | TX | 75265 |
| Virginia Department of Taxation | Office of Customer Services | PO Box 1115 | | | Richmond | VA | 23218-1115 |
| Virginia Office of the Attorney General | | 202 N Ninth St | | | Richmond | VA | 23219 |
| Westfield LLC | Attn: Dan Foy & Colin Shaughnessy | 10250 Santa Monica Blvd | Suite 1400 | | Los Angeles | CA | 90067 |
| Westfield, LLC | c/o Barclay Damon LLP | Attn: Niclas A Ferland | 555 Long Wharf Dr | 13th Floor, Suite A | New Haven | CT | 06511 |
| Willie Itule Produce, Inc. | | 301 N 45th Ave | | | Phoenix | AZ | 85043 |
| Woodward Audubon, LLC | c/o Kemp Smith LLP | Attn: James W. Brewer, Esq. & Michelle D. Mirazo, Esq. | 221 N Kansas St | Suite 1700 | El Paso | TX | 79901 |
| Workday Inc | | 6110 Stoneridge Mall Rd | | | Pleasanton | CA | 94588 |

# **Exhibit B**

STRETTO

# Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Arizona Corporation Commission | | | answers@azcc.gov |
| Arizona Department of Revenue | | | licenseandregistrationinquiries@azdor.gov |
| Arizona Office of the Attorney General | | | aginfo@azag.gov |
| Arizona Restaurant Association | Attn: Dan Bogert | | dan@azrestaurant.org |
| AssuredPartners | Attn: Alyssa Canez, Jana Bolek, & Sharon Escandon | | alyssa.canez@assuredpartners.com jana.bolek@assuredpartners.com sharon.escandon@assuredpartners.com |
| Baker Tilly US | | | tobin.alexander@bakertilly.com |
| Biltmore Shopping Center Partners LLC | c/o Singer & Levick, P.C. | Attn: Michelle E. Shriro, Esq. | mshriro@singerlevick.com |
| BiRite Foodservice Distributors | | | ar@birite.com |
| Blackmon Mooring-BMS CAT | | | rle@bmsmanagement.com |
| Bradley | Attn: James Bailey, Jarrod Martin, & Raneen Abdelghani | | jbailey@bradley.com jbmartin@bradley.com rabdelghani@bradley.com |
| Brookfield Properties | | | julie.bowden@ggp.com serge.khalimsky@bpretail.com |
| California Department of Industrial Relations | | | santaanaelevator@dir.ca.gov |
| California Office of the Attorney General | | | piu@doj.ca.gov |
| California Office of the Attorney General | | | bankruptcy@coag.gov |
| California State Controller's Office | | | eoinquiry@sco.ca.gov |
| City of Houston, Houston ISD, Harris Co ID # 01, Houston City College fkaHouston Comm College | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| City of Palo Alto | Attn: Muni BL Support | | bizlicensesupport@muniservices.com |
| City of University Park, Highland Park ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| City of Walnut Creek Business Licensing | | | walnutcreek@hdlgov.com |
| Clerk of the Circuit Court & Comptroller, Palm Beach County | | | clerkweb@mypalmbeachclerk.com |
| Coastal Sunbelt Produce, LLC | | | accounting@coastalsunbelt.com |
| Collier County Tax Collector | | | btr@colliertax.com |
| Colorado Office of the Attorney General | | | attorney.general@coag.gov |
| Colorado Office of the State Controller | | | state_centralapproval@state.co.us |
| Comptroller of Maryland | | | cdcollectionbizz@marylandtaxes.gov |
| Dallas County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner | dallas.bankruptcy@lgbs.com |
| Dayforce | | | erika.drew@dayforce.com |
| Dr. Andrew Weil | Attn: Richard Baxter | | Email on File |
| Duval County Tax Collector | | | taxcollector@coj.net |
| Ecolab | | | finance-edireports@ecolab.com pestelim-cashreceipts@ecolab.com |
| Ecolab Inc. | c/o Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey | swisotzkey@kmksc.com |
| Edens Limited Partnership | | | jmclean@edens.com |
| Eskridge (E&A), LLC, FR Annapolis TC, LLC, Fashion Island Retail LLC, Macerich HHF Broadway Plaza LLC, Macerich Twenty Ninth Street LLC, PR Avalon Phase I Owner, LLC, Street Retail, LLC, Street Retail West 6, L.P., and Waterside at Pelican Bay LLC | c/o Ballard Spahr LLP | Attn: Dustin P. Branch, Esq. & Nahal Zarnigham, Esq. | branchd@ballardspahr.com zarnighiann@ballardspahr.com |

STRETTO

# Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Eskridge (E&A), LLC, FR Annapolis TC, LLC, Fashion Island Retail LLC, Macerich HHF Broadway Plaza LLC, Macerich Twenty Ninth Street LLC, PR Avalon Phase I Owner, LLC, Street Retail, LLC, Street Retail West 6, L.P., and Waterside at Pelican Bay LLC | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Esq, Laurel D. Roglen, Esq, Margaret A. Vesper, Esq, & Erin L. Williamson, Esq | heilmanl@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com williamsone@ballardspahr.com |
| Federal Realty | | | jlandis@federalrealty.com jkreshek@federalrealty.com |
| Florida Department of Revenue | | | fdortaxpayerservices@floridarevenue.com |
| Florida Office of the Attorney General | | | citizenservices@myfloridalegal.com |
| Forbes | | | nforbes@theforbescompany.com aferris@theforbescompany.com |
| Freshpoint | | | remit@sbs.sysco.com arfpchi@freshpoint.com |
| Fulton County Government | | | boa@fultoncountyga.gov |
| Georgia Office of the Attorney General | | | bankruptcy@law.ga.gov |
| GGP Services Inc. as Agent | Attn: Kristen N. Pate | | bk@ggp.com |
| Gordon Brothers | Attn: Al Williams, Jim Avallone, Caleb Smith, Meredythe DeJesús, & Garland Wood | | awilliams@gordonbrothers.com javallone@gordonbrothers.com csmith@gordonbrothers.com mdejesus@gordonbrothers.com gwood@gordonbrothers.com |
| Gordon Food Service (Glazier Foods Company) | | | tiffany.rosu@gfs.com |
| Hillsborough County Tax Collector | | | businesstax@hillstax.org |
| Humanco | Attn: Brian Locklear, Jason Karp, & Ross Berman | | brian.locklear@humanco.com jason@humanco.com ross@humanco.com |
| HumanCo TFK IV, LLC | c/o Michael Best & Friedrich LLP | Attn: Christopher J. Schreiber Esq. | cjschreiber@michaelbest.com |
| Illinois Department of Revenue | | | rev.revocations@illinois.gov |
| Illinois Office of Comptroller | | | locgov@illinoiscomptroller.gov |
| Illinois Office of the Attorney General | | | attorneygeneral@atg.state.il.us |
| inKind | Attn: El Khattary, Johnny Master, & Shayel De Leon Soto | | el@inkind.com johnny.m@inkind.com shayel.d@inkind.com |
| Internal Revenue Service (IRS) | Attn: Centralized Insolvency Operation | | sbse.cio.bnc.mail@irs.gov m.r.galvan@irs.gov |
| Internal Revenue Service (IRS) | Department of Treasury | | sbse.cio.bnc.mail@irs.gov |
| Internal Revenue Service (IRS) | Department of Treasury | | sbse.cio.bnc.mail@irs.gov |
| Internal Revenue Service (IRS) | Houston Department | | m.r.galvan@irs.gov |
| Jenel Management Group | | | dd@jenel.net joseph.dushey@jenel.net mh@jenel.net |
| K3 Facility Services | | | invoice@k3facilityservices.com |
| Kingswood Partners LLC | c/o Bradley | Attn: Jarrod Martin, James B. Bailey | jbmartin@bradley.com jbailey@bradley.com |
| Kingswood Partners LLC and HumanCo TFK III, LLC | c/o Bradley Arant Boult Cummings LLP | Attn: James B. Bailey, Esq. | jbailey@bradley.com |

STRETTO

# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Kingswood Partners LLC and HumanCo TFK III, LLC | c/o Bradley Arant Boult Cummings LLP | Attn: Jarrod B. Martin, Esq. | jbmartin@bradley.com |
| LeapAmp LLC | | | ar@leapgroupnetwork.com |
| Linkedin Corporation | | | receivables-namerica@linkedin.com |
| Lion Capital | Attn: Robert Darwent | | darwent@lioncapital.com |
| Los Angeles County Fire Department | | | info@fire.lacounty.gov |
| Los Angeles County Treasurer and Tax Collector | Property | | painfo@ttc.lacounty.gov |
| Louisiana Department of Revenue | | | business.tax@la.gov |
| Louisiana Office of the Attorney General | | | constituentservices@ag.louisiana.gov |
| Louisiana Secretary of State | | | shatina.drye@sos.la.gov |
| LW Owner 1, LLC | c/o Spencer Fane, LLP | Attn: Misty A. Segura | msegura@spencerfane.com |
| Macerich | | | kris.vesely@macerich.com |
| Manna Tree | Attn: Denny Post | | dennymariepost@gmail.com |
| Manna Tree (MTN C203 Holdings, LLC) | Attn: Grace Verrier, Grace Zuncic, & Steve Young | | grace.verrier@mannatreepartners.com<br>grace@mannatreepartners.com<br>steve@mannatreepartners.com |
| Maryland Office of the Attorney General | | | oag@oag.state.md.us |
| Michael Best & Friedrich LLP | Attn: Christopher J. Schreiber, Esq., Justin M. Mertz, Esq., Matt Wolf, & Madeline Schmid | | cjschreiber@michaelbest.com<br>jmmertz@michaelbest.com<br>matt.wolf@michaelbest.com<br>mcschmid@michaelbest.com |
| Mission Linen | | | mharlin@missionlinen.com<br>mtamayo@missionlinen.com<br>annettesanchez@missionlinen.com<br>kzinn@missionlinen.com<br>lrivera@missionlinen.com<br>ar601@missionlinen.com |
| Missouri Department of Revenue | | | businesstaxprocessing@dor.mo.gov |
| Missouri Office of the Attorney General | | | attorney.general@ago.mo.gov |
| Montgomery County Circuit Court | | | paulius.klimas@mdcourts.gov |
| Mount Hope Wholesale Inc | | | accounting@mounthopewholesale.com |
| NCR Company | | | customer.care@ncrvoyix.com |
| Nevada Office of the Attorney General | | | aginfo@ag.nv.gov |
| New Jersey Department of Community Affairs | | | scott.janssens@dca.nj.gov |
| New Jersey Office of the Attorney General | | | njag.electronicservice.civilmatters@law.njoag.gov |
| New York Office of the Attorney General | | | public.integrity@ag.ny.gov |
| North Carolina Department of Revenue | | | taxhelp@wake.gov |
| North Carolina Office of the Attorney General | | | jstein@ncdoj.gov |
| Office of the U.S. Trustee for the Southern District of Texas | Attn: Jana Smith Whitworth & Jayson B. Ruff | | ustp.region07@usdoj.gov<br>jana.whitworth@usdoj.gov<br>jayson.b.ruff@usdoj.gov |
| Ohio Department of Taxation | | | bankruptcydivision@tax.ohio.gov |
| Ohio Office of the Attorney General | | | agocares@ohioago.gov |
| Oprah Winfrey Management | Attn: Renata Erlikhman | | rerlikhman@owmanagementllc.com |
| Palm Beach County Sheriff's Office | | | alarms@pbso.org |
| Palm Beach County Tax Collector | | | clientadvocate@taxcollectorpbc.com |
| Parafin / DoorDash MCA | Attn: John Quine | | john@parafin.com |

STRETTO

# Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Passport Coffee & Tea | | | accountspayable@passportcoffee.com |
| Pennsylvania Department of Revenue | | | mawillis@pa.gov |
| Pennsylvania Office of the Attorney General | | | info@attorneygeneral.gov |
| Polsinelli | Attn: Zach Manning, Rick Jordan, & David Karp | | zmanning@polsinelli.com<br>rjordan@polsinelli.com<br>dkarp@polsinelli.com |
| PR III/Crow Raintree Office, LLC | c/o PGIM Real Estate | | brad.anderson@cushwake.com |
| Reston Town Center Property LLC | c/o Greenstein DeLorme & Luchs, P.C. | Attn: James D. Sadowski, Esq. | jds@gdllaw.com |
| Rewards Network | Attn: Elliott Ames, Jennifer Gonsalves, & Nadya Babanskaya | | eames@rewardsnetwork.com<br>jgonsalves@rewardsnetwork.com<br>nbabanskaya@rewardsnetwork.com |
| Rewards Network Establishment Services Inc. | c/o Dorsey & Whitney LLP | Attn: Michael Galen | galen.michael@dorsey.com |
| Rewards Network Establishment Services Inc. | c/o Dorsey & Whitney LLP | Attn: Nathan Elner | elner.nathan@dorsey.com |
| Scheiner Commercial Group Inc | | | beth@scheinercg.com |
| Schultz Capital Partners | Attn: Ron Graves | | ron@schultzcapitalpartners.com |
| SDQ FEE, LLC | c/o Clark Hill PLC | Attn: Audrey L. Hornisher, Madison C. Geiger | ahornisher@clarkhill.com<br>mgeiger@clarkhill.com |
| Securities and Exchange Commission (SEC) | | | hardym@sec.gov |
| Securities and Exchange Commission (SEC) | Attn: Antonia Apps, Regional Director | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities and Exchange Commission (SEC) | Attn: Regional Director | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Shamrock Foods | | | remittance_advice@shamrockfoods.com |
| Simon | | | jonmurphy@simon.com |
| Simon Property Group, LP | Attn: Catherine M. Martin, Esq. | | cmartin@simon.com |
| SOLIC Capital | Attn: D. Reid Snellenbarger, George N. Koutsonicolis, Chad Casas, Reid Milkens, & Jeremy Schwab | | reids@soliccapital.com<br>georgek@soliccapital.com<br>chadcasas@soliccapital.com<br>rmilkens@soliccapital.com<br>jschwab@soliccapital.com |
| South Coast Air Quality Management District | | | dwoo@aqmd.gov |
| Teneo | Attn: Nathan Cook, Omar Tabani, Anne Pichler, & Ileana Chlorou | | nathan.cook@teneo.com<br>omar.tabani@teneo.com<br>anne.pichler@teneo.com<br>ileana.chlorou@teneo.com |
| Tennessee Department of Revenue | | | liquor.tax@tn.gov |
| Tennessee Office of the Attorney General | | | tnattygen@ag.tn.gov |
| Texas Comptroller of Public Accounts | | | bankruptcysection@cpa.texas.gov |
| Texas Comptroller of Public Accounts | | | bankruptcysection@cpa.texas.gov |
| Texas Comptroller of Public Accounts | Attn: Bankruptcy Unit | | abdessamad.aitali@cpa.state.tx.us |
| Texas Comptroller of Public Accounts | c/o Revenue Accounting Division | Attn: Courtney J Hull | ptad.cpa@cpa.texas.gov |
| Texas Office of the Attorney General | | | greg.abbott@texasattorneygeneral.gov |
| The Creative Advertising Group LLC | | | invoices@tcaginc.com |
| The Irvine Company | | | dstubblefield@irvinecompany.com<br>gwidder@irvinecompany.com |
| Travis County | c/o Travis County Attorney | Attn: Jason A. Starks, Esq. | jason.starks@traviscountytx.gov |

STRETTO

**Exhibit B**

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Trimark | | | tmoc_ar@trimarkusa.com<br>trimarkservice@trimarkusa.com |
| True Food Kitchen | Attn: Jeff Chandler, Melissa Heidman, & Lee Evans | | jeff@truefoodkitchen.com<br>melissa.heidman@truefoodkitchen.com<br>lee.evans@truefoodkitchen.com |
| True Food Kitchen Board of Directors | Attn: Adam Paul | | adamcpaul@gmail.com |
| Uber Technologies Inc. | | | remittance@uber.com |
| Virginia Department of Taxation | Office of Customer Services | | va_tax_bk@harriscollect.com |
| Virginia Office of the Attorney General | | | mailoag@oag.state.va.us |
| Westfield LLC | Attn: Dan Foy & Colin Shaughnessy | | daniel.foy@urw.com<br>colin.shaughnessy@urw.com |
| Westfield, LLC | c/o Barclay Damon LLP | Attn: Niclas A Ferland | nferland@barclaydamon.com |
| Willie Itule Produce, Inc. | | | jessie@ituleproduce.com |
| Woodward Audubon, LLC | c/o Kemp Smith LLP | Attn: James W. Brewer, Esq. & Michelle D. Mirazo, Esq. | jim.brewer@kempsmith.com<br>michelle.mirazo@kempsmith.com |
| Workday Inc | | | accounts.receivable@workday.com |