UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 26-90806 |
|---|---|---|---|
| Debtor | In Re: FRC Balance, LLC, et al. | | |

This lawyer, who is admitted to the State Bar of California:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jay M. Ross<br>Lathrop GPM LLP<br>70 South First Street, San Jose, CA 95113<br>Tel: 408-286-9800<br>California SBN 151750 |
|---|---|

Seeks to appear as the attorney for this party:

| Creditor Parafin, Inc. | |
|---|---|
| Dated: 10/21/2026 | Signed: *Jay M. Ross*<br>Jay M. Ross |

| COURT USE ONLY: The applicant's state bar reports their status as: ______________________. | |
|---|---|
| Dated: | Signed: ______________________<br>Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice.*

Dated: ______________________

______________________
United States Bankruptcy Judge