**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **FRC BALANCE, LLC, *et al.*,** | § | **Case No. 26-90806 (CML)** |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**DECLARATION OF ROBERT S. BEREZIN IN SUPPORT OF INKIND'S OMNIBUS OBJECTION TO DEBTORS' DIP MOTION, CASH COLLATERAL MOTION, AND BIDDING PROCEDURES MOTION**

I, Robert S. Berezin, declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a member of the bars of the States of Florida and New York and my application for admission to practice before this Court *pro hac vice* is forthcoming. I am a partner in the Litigation department at Weil, Gotshal & Manges LLP, counsel for inKind Cards, Inc., inKind Credit Fund LP, and inKind Warehouse Facility, LLC (collectively, "**inKind**").

2. I am authorized to submit this Declaration on behalf of inKind, in the above captioned bankruptcy proceeding.

3. Attached hereto as Exhibit 1 is a true and correct copy of the *Amended & Restated Credit Purchase Agreement*, effective as of October 2, 2024, by and among inKind

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are FRC Balance, LLC (6386); True Food Kitchen Investco, LLC (8744); True Food Kitchen Holdings, LLC (8972); True Food Kitchen Parent, LLC (9901); FRC True Food Preston, LLC (2759); True Food Hospitality, LLC (4500); True Food Beverages, LLC (9500); TFK Maryland LLC (9157); and FRC TF California, LLC (8589). The location of the Debtors' service address for purposes of these chapter 11 cases is 7135 E. Camelback Rd, Suite 230, Scottsdale, AZ 85251.

Cards, Inc., inKind Credit Fund LP, and inKind Warehouse Facility, LLC, on the one hand, and FRC Balance, LLC d/b/a True Food Kitchen, on the other hand.

4. Attached hereto as Exhibit 2 is a true and correct copy of the *1st Amendment to Amended & Restated Credit Purchase Agreement*, dated as of May 1, 2025.

5. Attached hereto as Exhibit 3 is a true and correct copy of the *2nd Amendment to Amended & Restated Credit Purchase Agreement*, dated as of May 30, 2025.

6. Attached hereto as Exhibit 4 is a true and correct copy of the *3rd Amendment to Amended & Restated Credit Purchase Agreement*, dated as of March 16, 2026.

7. Attached hereto as Exhibit 5 is a true and correct copy of the *4th Amendment to Amended & Restated Credit Purchase Agreement*, dated as of May 19, 2026.

8. Attached hereto as Exhibit 6 is a true and correct copy of the *Addendum to Credit Purchase Agreement*, dated as of September 12, 2026.

9. Attached hereto as Exhibit 7 is a true and correct copy of the *UCC-1 Financing Statement* naming FRC Balance LLC as debtor and Inkind Cards Inc. as secured party, filed with the Arizona Secretary of State on April 21, 2026, File No. 2026-002-5441-7.

10. Attached hereto as Exhibit 8 is a true and correct copy of the term sheet for a Senior Secured Superpriority Debtor-in-Possession Term Loan Facility delivered by inKind to the Debtors on October 23, 2026.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York on the 23rd day of October, 2026.

*/s/ Robert S. Berezin*
Robert S. Berezin