# EXHIBIT 2

**inKind Cards Inc.**
**inKind Credit Fund LP**
**inKind Warehouse Facility, LLC**
**600 Congress Ave., Suite 1700**
**Austin, TX 78701**

As of May 1, 2025

FRC Balance, LLC
8605 E. Raintree Dr.
Suite 350
Scottsdale, AZ 85260

Re: 1st Amendment to Amended & Restated Credit Purchase Agreement ("1st Amendment to A&R")

Ladies and Gentlemen:

Reference is hereby made to the fully-executed Amended & Restated Credit Purchase Agreement ("Agreement") dated as of October 2, 2024, between inKind Cards Inc., inKind Credit Fund LP, and inKind Warehouse Facility, LLC (collectively, "inKind"), on the one hand, and FRC Balance, LLC d/b/a True Food Kitchen ("Merchant"), on the other hand. Except as otherwise defined herein, all capitalized terms shall have the same meaning ascribed to them in the Agreement.

The parties hereby agree to amend the bordered paragraph of the Agreement entitled "Credit Purchases," by deleting it in its entirety and replacing it with the following:

**Credit Purchases**

- **Initial Purchase Offer.** The parties agree and acknowledge that an Initial Purchase Offer of **Two Million Dollars ($2,000,000) of Credit for One Million Dollars ($1,000,000) USD** was made by inKind and accepted by Merchant in three disbursements on March 29, 2024, April 15, 2024, and May 13, 2024.
- **Second Purchase Offer.** The parties agree and acknowledge that a Second Purchase Offer of **Eight Million Dollars ($8,000,000) of Credit for Four Million Dollars ($4,000,000) USD** was made by inKind and accepted by Merchant on October 2, 2024.
- **Third Purchase Offer**. inKind agrees to make, and Merchant agrees to accept, a Third Purchase Offer of **Five Million Dollars ($5,000,000) of Credit for Two Million Five Hundred Thousand Dollars ($2,500,000) USD**, to be used for working capital, purchased within thirty (30) days of the Effective Date, provided the Onboarding Tasks are complete.

Except as expressly modified herein, the Agreement is hereby ratified and shall remain in full force and effect. Please indicate your acceptance of the foregoing by signing in the space provided below.

**ACCEPTED AND AGREED:**

**inKind Cards Inc.**

**By:** Johann Moonesinghe (May 2, 2025 12:54 CDT)

**Name: Johann Moonesinghe**

**Title: Chief Executive Officer**

**inKind Credit Fund LP**

**By its manager inKind Credit Fund GP, LLC**

**By:** Johann Moonesinghe (May 2, 2025 12:54 CDT)

**Name: Johann Moonesinghe**

**Title: Manager**

**inKind Warehouse Facility, LLC**

**By its manager inKind Cards, Inc.**

**By:** Johann Moonesinghe (May 2, 2025 12:54 CDT)

**Name: Johann Moonesinghe**

**Title: Authorized Signatory**

**Merchant: FRC Balance, LLC d/b/a True Food Kitchen**

Peter Koumas

**By:** Peter Koumas (May 2, 2025 07:58 PDT)

**Name: Peter Koumas**

**Title: CFO**

**Email: peter.koumas@truefoodkitchen.com**

# True Food Kitchen Re-Up_1st Amendment to Amended & Restated CPA

Final Audit Report 2025-05-02

| | |
|---|---|
| Created: | 2025-05-01 |
| By: | Faren Morris (faren.m@inkind.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAIZ31W-XIwHd3kn6zJ6j8Mi5IdG8wD6rF |

## "True Food Kitchen Re-Up_1st Amendment to Amended & Restated CPA" History

- Document created by Faren Morris (faren.m@inkind.com)
  2025-05-01 - 7:36:54 PM GMT

- Document emailed to Peter Koumas (peter.koumas@truefoodkitchen.com) for signature
  2025-05-01 - 7:37:41 PM GMT

- Email viewed by Peter Koumas (peter.koumas@truefoodkitchen.com)
  2025-05-02 - 2:56:13 PM GMT

- Document e-signed by Peter Koumas (peter.koumas@truefoodkitchen.com)
  Signature Date: 2025-05-02 - 2:58:34 PM GMT - Time Source: server

- Document emailed to Johann Moonesinghe (johann@inkind.com) for signature
  2025-05-02 - 2:58:35 PM GMT

- Email viewed by Johann Moonesinghe (johann@inkind.com)
  2025-05-02 - 5:53:54 PM GMT

- Document e-signed by Johann Moonesinghe (johann@inkind.com)
  Signature Date: 2025-05-02 - 5:54:15 PM GMT - Time Source: server

- Agreement completed.
  2025-05-02 - 5:54:15 PM GMT