# EXHIBIT 4

**inKind Cards Inc.**
**inKind Credit Fund LP**
**inKind Warehouse Facility, LLC**
**600 Congress Ave., Suite 1700**
**Austin, TX 78701**

As of March 16, 2026

FRC Balance, LLC
8605 E. Raintree Dr.
Suite 350
Scottsdale, AZ 85260

Re: 3rd Amendment to Amended & Restated Credit Purchase Agreement ("3rd Amendment to A&R")

Ladies and Gentlemen:

Reference is hereby made to the fully-executed Amended & Restated Credit Purchase Agreement ("Agreement") dated as of October 2, 2024, first amended on May 1, 2025, and amended a second time on May 30, 2025, between inKind Cards Inc., inKind Credit Fund LP, and inKind Warehouse Facility, LLC (collectively, "inKind"), on the one hand, and FRC Balance, LLC d/b/a True Food Kitchen ("Merchant"), on the other hand. Except as otherwise defined herein, all capitalized terms shall have the same meaning ascribed to them in the Agreement.

The parties hereby agree to amend the bordered paragraph of the Agreement entitled "Credit Purchases," by deleting it in its entirety and replacing it with the following:

**Credit Purchases**

- **Initial Purchase Offer.** The parties agree and acknowledge that an Initial Purchase Offer of **Two Million Dollars ($2,000,000) of Credit for One Million Dollars ($1,000,000) USD** was made by inKind and accepted by Merchant in three disbursements on March 29, 2024, April 15, 2024, and May 13, 2024.
- **Second Purchase Offer.** The parties agree and acknowledge that a Second Purchase Offer of **Eight Million Dollars ($8,000,000) of Credit for Four Million Dollars ($4,000,000) USD** was made by inKind and accepted by Merchant on October 2, 2024.
- **Third Purchase Offer.** The parties agree and acknowledge that a Third Purchase Offer of **Five Million Dollars ($5,000,000) of Credit For Two Million Five Hundred Thousand Dollars ($2,500,000) USD** was made by inKind and accepted by Merchant on May 6, 2025.
- **Fourth Purchase Offer.** The parties agree and acknowledge that a Fourth Purchase Offer of **Five Million Dollars ($5,000,000) of Credit for Two Million Five Hundred Thousand Dollars ($2,500,000) USD** was made by inKind and accepted by Merchant

on June 10, 2025.

- **Fifth Purchase Offer**. inKind agrees to make, and Merchant agrees to accept, a Fifth Purchase Offer of **Six Million Dollars ($6,000,000) of Credit for Three Million Dollars ($3,000,000) USD**, to be used for working capital, purchased within thirty (30) days of the Effective Date, provided the Onboarding Tasks are complete.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK. SIGNATURE PAGE FOLLOWS.]*

Except as expressly modified herein, the Agreement is hereby ratified and shall remain in full force and effect. Please indicate your acceptance of the foregoing by signing in the space provided below.

**ACCEPTED AND AGREED:**

**inKind Cards Inc.**

**By:** Johann Moonesinghe (Mar 25, 2026 00:04:55 CDT)

**Name: Johann Moonesinghe**

**Title: Chief Executive Officer**

**inKind Credit Fund LP**

**By its manager inKind Credit Fund GP, LLC**

**By:** Johann Moonesinghe (Mar 25, 2026 00:04:55 CDT)

**Name: Johann Moonesinghe**

**Title: Manager**

**inKind Warehouse Facility, LLC**

**By its manager inKind Cards, Inc.**

**By:** Johann Moonesinghe (Mar 25, 2026 00:04:55 CDT)

**Name: Johann Moonesinghe**

**Title: Authorized Signatory**

**Merchant: FRC Balance, LLC d/b/a True Food Kitchen**

Peter Koumas

**By:** Peter Koumas (Mar 24, 2026 20:31:42 PDT)

**Name: Peter Koumas**

**Title: CFO**

**Email: peter.koumas@truefoodkitchen.com**

# True Food Kitchen Re-Up_3rd Amendment to Amended & Restated CPA

Final Audit Report 2026-03-25

| | |
|---|---|
| Created: | 2026-03-16 |
| By: | Faren Morris (faren.m@inkind.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA_kMcFH3kKtCBIZ8T_X9XDqyINI5dHROt |

## "True Food Kitchen Re-Up_3rd Amendment to Amended & Restated CPA" History

Document created by Faren Morris (faren.m@inkind.com)
2026-03-16 - 5:31:54 PM GMT

Document emailed to Peter Koumas (peter.koumas@truefoodkitchen.com) for signature
2026-03-16 - 5:32:58 PM GMT

Email viewed by Peter Koumas (peter.koumas@truefoodkitchen.com)
2026-03-16 - 8:50:58 PM GMT

New document URL requested by shayel.d@inkind.com
2026-03-24 - 11:32:57 PM GMT

Email viewed by Peter Koumas (peter.koumas@truefoodkitchen.com)
2026-03-25 - 3:31:21 AM GMT

Document e-signed by Peter Koumas (peter.koumas@truefoodkitchen.com)
Signature Date: 2026-03-25 - 3:31:42 AM GMT - Time Source: server

Document emailed to Johann Moonesinghe (johann@inkind.com) for signature
2026-03-25 - 3:31:44 AM GMT

Email viewed by Johann Moonesinghe (johann@inkind.com)
2026-03-25 - 5:04:42 AM GMT

Document e-signed by Johann Moonesinghe (johann@inkind.com)
Signature Date: 2026-03-25 - 5:04:55 AM GMT - Time Source: server

Agreement completed.
2026-03-25 - 5:04:55 AM GMT