# EXHIBIT 5

**inKind Cards Inc.**
**inKind Credit Fund LP**
**inKind Warehouse Facility, LLC**
**600 Congress Ave., Suite 1700**
**Austin, TX 78701**

As of May 19, 2026

FRC Balance, LLC
8605 E. Raintree Dr.
Suite 350
Scottsdale, AZ 85260

Re: 4th Amendment to Amended & Restated Credit Purchase Agreement ("4th Amendment to A&R")

Ladies and Gentlemen:

Reference is hereby made to the fully-executed Amended & Restated Credit Purchase Agreement ("Agreement") dated as of October 2, 2024, first amended on May 1, 2025, amended a second time on May 30, 2025, and amended a third time on March 16, 2026, between inKind Cards Inc., inKind Credit Fund LP, and inKind Warehouse Facility, LLC (collectively, "inKind"), on the one hand, and FRC Balance, LLC d/b/a True Food Kitchen ("Merchant"), on the other hand. Except as otherwise defined herein, all capitalized terms shall have the same meaning ascribed to them in the Agreement.

The parties hereby agree to amend the bordered paragraph of the Agreement entitled "Credit Purchases," by deleting it in its entirety and replacing it with the following:

**Credit Purchases**

- **Initial Purchase Offer.** The parties agree and acknowledge that an Initial Purchase Offer of **Two Million Dollars ($2,000,000) of Credit for One Million Dollars ($1,000,000) USD** was made by inKind and accepted by Merchant in three disbursements on March 29, 2024, April 15, 2024, and May 13, 2024.
- **Second Purchase Offer.** The parties agree and acknowledge that a Second Purchase Offer of **Eight Million Dollars ($8,000,000) of Credit for Four Million Dollars ($4,000,000) USD** was made by inKind and accepted by Merchant on October 2, 2024.
- **Third Purchase Offer.** The parties agree and acknowledge that a Third Purchase Offer of **Five Million Dollars ($5,000,000) of Credit For Two Million Five Hundred Thousand Dollars ($2,500,000) USD** was made by inKind and accepted by Merchant on May 6, 2025.
- **Fourth Purchase Offer.** The parties agree and acknowledge that a Fourth Purchase Offer of **Five Million Dollars ($5,000,000) of Credit for Two Million Five Hundred Thousand Dollars ($2,500,000) USD** was made by inKind and accepted by Merchant

on June 10, 2025.

- **Fifth Purchase Offer.** The parties agree and acknowledge that a Fifth Purchase Offer of **Six Million Dollars ($6,000,000) of Credit for Three Million Dollars ($3,000,000) USD** was made by inKind and accepted by Merchant on March 26, 2026.
- **Sixth Purchase Offer**. inKind agrees to make, and Merchant agrees to accept, a Sixth Purchase Offer of **Six Million Dollars ($6,000,000) of Credit for Three Million Dollars ($3,000,000) USD**, to be used for working capital, purchased within thirty (30) days of the Effective Date, provided the Onboarding Tasks are complete.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK. SIGNATURE PAGE FOLLOWS.]*

Each party hereby reaffirms and restates as of the date hereof each representation and warranty made by such party in the Agreement. Merchant further represents and warrants that, as of the date hereof: (i) Merchant is not in default, and no event has occurred that would constitute a default with the passage of time or notice, under the Agreement; and (ii) all financial and sales information provided to inKind in connection with this Amendment is true, correct, and complete in all material respects.

Except as expressly modified herein, the Agreement is hereby ratified and shall remain in full force and effect. Please indicate your acceptance of the foregoing by signing in the space provided below.

**ACCEPTED AND AGREED:**

**inKind Cards Inc.**

**By:** Johann Moonesinghe (May 21, 2026 06:29:49 CDT)

**Name: Johann Moonesinghe**

**Title: Chief Executive Officer**

**inKind Credit Fund LP**

**By its manager inKind Credit Fund GP, LLC**

**By:** Johann Moonesinghe (May 21, 2026 06:29:49 CDT)

**Name: Johann Moonesinghe**

**Title: Manager**

**inKind Warehouse Facility, LLC**

**By its manager inKind Cards, Inc.**

**By:** Johann Moonesinghe (May 21, 2026 06:29:49 CDT)

**Name: Johann Moonesinghe**

**Title: Authorized Signatory**

**Merchant: FRC Balance, LLC d/b/a True Food Kitchen**

Peter Koumas

**By:** Peter Koumas (May 20, 2026 17:32:55 PDT)

**Name: Peter Koumas**

**Title: CFO**

**Email: peter.koumas@truefoodkitchen.com**

# True Food Kitchen Re-Up_4th Amendment to Amended & Restated CPA

Final Audit Report 2026-05-21

| | |
|---|---|
| Created: | 2026-05-19 |
| By: | Faren Morris (faren.m@inkind.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAqixZfF2_8hsqQTAY8Sxrj6P6hfzB7INZ |

## "True Food Kitchen Re-Up_4th Amendment to Amended & Restated CPA" History

- Document created by Faren Morris (faren.m@inkind.com)
  2026-05-19 - 2:50:24 PM GMT
- Document emailed to Peter Koumas (peter.koumas@truefoodkitchen.com) for signature
  2026-05-19 - 2:51:09 PM GMT
- Email viewed by Peter Koumas (peter.koumas@truefoodkitchen.com)
  2026-05-19 - 7:33:07 PM GMT
- Document e-signed by Peter Koumas (peter.koumas@truefoodkitchen.com)
  Signature Date: 2026-05-21 - 0:32:55 AM GMT - Time Source: server - Signature Appearance Selected: TYPE
- Document emailed to Johann Moonesinghe (johann@inkind.com) for signature
  2026-05-21 - 0:32:57 AM GMT
- Email viewed by Johann Moonesinghe (johann@inkind.com)
  2026-05-21 - 11:29:34 AM GMT
- Document e-signed by Johann Moonesinghe (johann@inkind.com)
  Signature Date: 2026-05-21 - 11:29:49 AM GMT - Time Source: server - Signature Appearance Selected: DRAW
- Agreement completed.
  2026-05-21 - 11:29:49 AM GMT