# EXHIBIT 6

## Addendum to Credit Purchase Agreement

This **Addendum** ("**Addendum**") is entered into as of 09/12/2026, and amends that certain **Credit Purchase Agreement** dated **October 2, 2024** (as amended from time to time) (the "**Agreement**") by and between **inKind Cards, Inc., inKind Warehouse Facility LLC and inKind Credit Fund LP** (collectively, "**inKind**") and **FRC Balance, LLC** ("**Merchant**").

**WHEREAS,** the Parties desire to amend the Agreement to introduce a new mechanism for revenue sharing when monthly credit redemptions at the F&B Outlet(s) exceed a predefined threshold.

**WHEREAS**, defined terms not defined herein shall have the meaning ascribed in the Credit Purchase Agreement.

1. **Definitions.** For purposes of this Addendum:
   a. **"Guest Incentives"** means thirty percent (30%) of a Qualifying Redemption retained by inKind;
   b. **"Monthly Credit Redemptions"** means the aggregate total dollar value of Credit redeemed by Users at the F&B Outlet(s) during a calendar month, as measured by inKind's reporting.
   c. **"Qualifying Redemption"** means the gross amount spent by a guest in a redemption transaction (i) in which the User is not utilizing a promotional offer from inKind that gives the User a discount on their order, such as "Get $50 off when you spend $150" and (ii) occurs after the Threshold has been met in a given month, Please note this amount excludes tips and gratuities which are already programmed to be passed through to Merchant.
   d. **"Threshold"** means **$400,000** in Monthly Credit Redemptions, or such other amount that inKind may, in its sole discretion, change the amount to. Should inKind change the Threshold, it shall provide Merchant with 30 days' prior written notice of the new Threshold taking effect, except that if inKind amends the Agreement to purchase additional Credits, Merchant acknowledges and agrees that the Threshold will be changed to account for the increased outstanding Credit amount and such change shall take effective upon the receipt by Merchant of the purchase price for the additional Credit.

**2. Revenue Share After Threshold**

If, in any given calendar month, Merchant's Monthly Credit Redemptions meet the Threshold, then for all subsequent Qualifying Redemptions in that month, inKind shall not reduce its Credit balance with Merchant, instead it will remit to Merchant the Qualifying Redemption less (i) the Guest Incentive, and (ii) any standard payment processing fees.

**Payment**

a. For any payment due to Merchant under this Addendum, inKind shall pay Merchant via ACH by the seventh (7th) day of the following month.
b. inKind shall provide Merchant with a monthly report detailing the breakdown of which transactions are Qualifying Redemptions and the Guest Incentives retained.

3. **Miscellaneous**
   a. Except as expressly provided in this Addendum, all other terms and conditions of the Agreement remain unchanged and in full force and effect.
   b. Merchant understands and acknowledges that inKind may elect to cancel this Addendum and revert to the original terms of the Agreement by giving thirty (30) days prior written notice to Merchant.
   c. This Addendum shall be deemed part of and incorporated into the Agreement. In the event of a conflict between this Addendum and the Agreement, the terms of this Addendum shall govern.
   d. This Addendum may be executed in counterparts (including electronic signatures), each of which shall be deemed an original and all of which together shall constitute one instrument.

**IN WITNESS WHEREOF**, the Parties have executed this Addendum as of the Effective Date.

**inKind Cards, Inc.**

By: Johann Moonesinghe (Sep 12, 2026 09:25:34 GMT+1)
Name: Johann Moonesinghe
Title: CEO

**FRC Balance, LLC**

By: Jeff Chandler (Sep 11, 2026 19:38:14 CDT)
Name: Jeff Chandler
Title: CEO

**inKind Warehouse Facility LLC**

By: Johann Moonesinghe (Sep 12, 2026 09:25:34 GMT+1)
Name: Johann Moonesinghe
Title: Authorized Signatory

**inKind Credit Fund LP**

By: Johann Moonesinghe (Sep 12, 2026 09:25:34 GMT+1)
Name: Johann Moonesinghe
Title: Manager

# True Food Kitchen Addendum to Credit Purchase Agreement - Flip

Final Audit Report 2026-09-12

| | |
|---|---|
| Created: | 2026-09-10 |
| By: | Faren Morris (faren.m@inkind.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAACHAJEZkvoNym-R1Ts1LWngx-QmtYNx6F |

## "True Food Kitchen Addendum to Credit Purchase Agreement - Flip" History

Document created by Faren Morris (faren.m@inkind.com)
2026-09-10 - 5:06:07 PM GMT

Document emailed to Jeff Chandler (jeff@truefoodkitchen.com) for signature
2026-09-10 - 5:08:18 PM GMT

Email viewed by Jeff Chandler (jeff@truefoodkitchen.com)
2026-09-10 - 5:25:33 PM GMT

Document e-signed by Jeff Chandler (jeff@truefoodkitchen.com)
Signature Date: 2026-09-12 - 0:38:14 AM GMT - Time Source: server - Signature Appearance Selected: MOBILE_DRAW

Document emailed to Johann Moonesinghe (johann@inkind.com) for signature
2026-09-12 - 0:38:16 AM GMT

Email viewed by Johann Moonesinghe (johann@inkind.com)
2026-09-12 - 8:25:21 AM GMT

Document e-signed by Johann Moonesinghe (johann@inkind.com)
Signature Date: 2026-09-12 - 8:25:34 AM GMT - Time Source: server - Signature Appearance Selected: DRAW

Agreement completed.
2026-09-12 - 8:25:34 AM GMT