**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FRC Balance, LLC, *et al.*,** | § | **Case No. 26-90806 (CML)** |
| | § | |
| **Debtors.**[1] | § | **(Joint Administration Requested)** |
| | § | |

**AGENDA FOR HEARING ON NOVEMBER 4, 2026**

**PLEASE TAKE NOTICE** that a hearing to consider the following matters will be conducted on **November 4, 2026, at 1:00 P.M. (Central Time)** before the Honorable Christopher Lopez at the Bob Casey United States Courthouse, 515 Rusk Avenue, Courtroom 402, 4th Floor, Houston, Texas 77002:

## AGENDA MATTERS

### A. Matters Going Forward

1. **Debtors' Emergency Motion Authorizing Debtor in Possession Financing [Dkt. No. 8]**

Objections:

a. Limited Objection and Reservation of Rights of EDENS, Federal Realty OP LP, PGIM Real Estate, The Forbes Company, The Irvine Company, and The Macerich Company to (I) DIP Financing Motion and (II) Bid Procedures Motion [Dkt. No. 134]

b. Joinder of Biltmore Shopping Center Partners LLC to Objections Filed in Regards to Debtors' (I) DIP Financing Motion and (II) Bid Procedures Motion [Dkt. No. 138]

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are FRC Balance, LLC (6386); True Food Kitchen Investco, LLC (8744); True Food Kitchen Holdings, LLC (8972); True Food Kitchen Parent, LLC (9901); FRC True Food Preston, LLC (2759); True Food Hospitality, LLC (4500); True Food Beverages, LLC (9500); TFK Maryland LLC (9157); and FRC TF California, LLC (8589). The location of the Debtors' service address for purposes of these chapter 11 cases is 7135 E. Camelback Rd, Suite 230, Scottsdale, AZ 85251. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/FRCBalance.

c. inKind's Omnibus Objection to Debtors' DIP Motion, Cash Collateral Motion, and Bidding Procedures Motion [Dkt. No. 143]

d. Declaration of Robert S. Berezin in Support of inKind's Objection to Debtors' DIP Motion, Cash Collateral Motion, and Bidding Procedures Motion [Dkt. No. 144]

e. Limited Objection and Joinder of GGP Services Landlords in Objection to Debtors' Postpetition Financing Motion and Motion for Approval of Bidding and Sale Procedures, Request for Adequate Protection, and Reservation of Rights [Dkt. No. 153]

f. Joinder and Reservation of Rights of Simon Property Group, L.P. to Objections Filed in Regards to Debtors' (I) DIP Motion and (II) Bid Procedures Motion [Dkt. No. 176]

Status: *This matter is going forward on a second interim basis.*

2. **Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Dkt. No. 9]**

Objections:

a. inKind's Omnibus Objection to Debtors' DIP Motion, Cash Collateral Motion, and Bidding Procedures Motion [Dkt. No. 143]

b. Declaration of Robert S. Berezin in Support of inKind's Objection to Debtors' DIP Motion, Cash Collateral Motion, and Bidding Procedures Motion [Dkt. No. 144]

Status: *This matter is going forward on a second interim basis.*

**B. Matters Continued to Future Hearing Date(s)**

3. **Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures in Connection with a Sale or Plan Sponsor Selection, (II) Authorizing Stalking Horse Selection Process, (III) Scheduling an Auction and Sale Hearing, and (IV) Granting Related Relief [Dkt. No. 59]**

Objections:

a. Limited Objection and Reservation of Rights of EDENS, Federal Realty OP LP, PGIM Real Estate, The Forbes Company, The Irvine Company, and The Macerich Company to (I) DIP Financing Motion and (II) Bid Procedures Motion [Dkt. No. 134]

b. Objection of LW Owner 1, LLC to Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures in Connection with a Sale or Plan Sponsor Selection, (II) Authorizing Stalking Horse Selection Process, (III) Scheduling an Auction and Sale Hearing, and (IV) Granting Related Relief [Dkt. No. 136]

c. Joinder of Biltmore Shopping Center Partners LLC to Objections Filed in Regards to Debtors' (I) DIP Financing Motion and (II) Bid Procedures Motion [Dkt. No. 138]

d. inKind's Omnibus Objection to Debtors' DIP Motion, Cash Collateral Motion, and Bidding Procedures Motion [Dkt. No. 143]

e. Declaration of Robert S. Berezin in Support of inKind's Objection to Debtors' DIP Motion, Cash Collateral Motion, and Bidding Procedures Motion [Dkt. No. 144]

f. Limited Objection and Joinder of GGP Services Landlords in Objection to Debtors' Postpetition Financing Motion and Motion for Approval of Bidding and Sale Procedures, Request for Adequate Protection, and Reservation of Rights [Dkt. No. 153]

g. Joinder and Reservation of Rights of Simon Property Group, L.P. to Objections Filed in Regards to Debtors' (I) DIP Motion and (II) Bid Procedures Motion [Dkt. No. 176]

*Continued until further notice.*

**Electronic Appearances**

You may **only** participate in the hearing by an audio and video connection. Audio communication will be by the use of the Court's dial-in facility. You may access the facility by dialing the Court's regular dial-in telephone number **(832) 917-1510** and entering conference code **590153**. Video Participation is available by use of the GoToMeeting Platform. Connect via the GoToMeeting application or click the link on Judge Lopez's homepage (https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-christopher-lopez). Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting. Hearing appearances must be made electronically in advance of both electronic and in-person hearings by clicking the "Electronic Appearance" link on Judge Lopez's

homepage. Attorneys, witnesses, and parties-in-interest wishing to participate in the Hearing must connect by audio communication. Any person who wishes to attend the Hearing may also dial in to the audio conference dial-in number. Each person who speaks at the Hearing should be prepared to restate that person's name each time that the person speaks in order to assist any transcriber of the audio recording.

Any exhibit offered by the Debtors will be filed on the Court's docket. Any party may also obtain an electronic copy of the exhibits by request to counsel to the Debtors. If any party wishes to offer exhibits, it is recommended that these exhibits be filed on CM/ECF. Each exhibit should be filed as a separate attachment to an Exhibit List in compliance with BLR 9013-2. Witnesses may also appear via audio and video connection. Any person wishing to examine the witness will be permitted to do so during the Hearing.

Dated: November 3, 2026
Houston, Texas

Respectfully submitted,

*<u>/s/ Omar J. Alaniz</u>*
**REED SMITH LLP**
Omar J. Alaniz (24040402)
London England (24110313)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Fax: 469.680.4299
E-mail: oalaniz@reedsmith.com
lengland@reedsmith.com

**REED SMITH LLP**
Amalia Sax-Bolder (*pro hac vice* pending)
1900 Lawrence Street, Suite 2800
Denver, CO 80202
Telephone: 303.552.3800
Fax: 303.552.3799
E-mail: asaxbolder@reedsmith.com

**Certificate of Service**

I certify that on November 3, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas and will be served as set forth in the Affidavit of Service to be filed by the Debtors' proposed claims, noticing, and solicitation agent.

*/s/ Omar J. Alaniz*
Omar J. Alaniz