**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **FRC Balance, LLC, *et al.*,**[1] | § | **Case No. 26-90806 (CML)** |
| **Debtors.** | § | **(Jointly Administered)** |

**STIPULATION AND AGREED ORDER REGARDING THE UNITED STATES TRUSTEE'S DEADLINE TO OBJECT TO DEBTORS' APPLICATION FOR AUTHORITY TO RETAIN AND EMPLOY REED SMITH LLP AS ATTORNEYS FOR THE DEBTORS PURSUANT TO SECTIONS 327(a) AND 328 OF THE BANKRUPTCY CODE [ECF 90]**

***Relates to Response Deadline for the Professional Employment Application Filed at [ECF 90]***

This *Stipulation and Agreed Order Regarding the United States Trustee's Deadline to Object to Debtors' Application for Authority to Retain and Employ Reed Smith LLP as Attorneys for the Debtors Pursuant to Sections 327(a) and 328 of the Bankruptcy Code [ECF 90]* (the "Stipulation") is entered into by and between the jointly administered debtors FRC Balance, LLC, *et al.* (collectively, the "Debtors") and the United States Trustee (the "U.S. Trustee") (collectively, the "Parties"), by and through respective counsel with reference to the following facts:

WHEREAS, on October 12, 2026, Debtors filed the following application to retain a professional: *Debtors' Application for Authority to Retain and Employ Reed Smith LLP as Attorneys for the Debtors Pursuant to Sections 327(a) and 328 of the Bankruptcy Code [ECF 90]* (the "Reed

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are FRC Balance, LLC (6386); True Food Kitchen Investco, LLC (8744); True Food Kitchen Holdings, LLC (8972); True Food Kitchen Parent, LLC (9901); FRC True Food Preston, LLC (2759); True Food Hospitality, LLC (4500); True Food Beverages, LLC (9500); TFK Maryland LLC (9157); and FRC TF California, LLC (8589). The location of the Debtors' service address for purposes of these chapter 11 cases is 7135 E. Camelback Rd, Suite 230, Scottsdale AZ 85251. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/FRCBalance.

Smith Retention Application");

WHEREAS, the current deadline to file and serve any objection to the Reed Smith Retention Application is November 2, 2026 (the "Objection Deadline");

WHEREAS, the U.S. Trustee has requested an extension of the Objection Deadline;

WHEREAS, the Parties have agreed, subject to approval of this Court, to stipulate to a 3-day extension of the Objection Deadline solely as to the U.S. Trustee;

**NOW, THEREFORE, IT IS STIPULATED AND AGREED TO BY THE PARTIES, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

1. The Objection Deadline, solely as to the U.S. Trustee, is extended through and including November 5, 2026; *provided,* that the Debtors and U.S. Trustee may stipulate to extend this deadline to a later date to the extent an agreement cannot be reached within this time period.

IN WITNESS WHEREOF, this Stipulation has been executed and delivered as of the day and year first below written.

DATED: November 4, 2026.

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By: */s/ Jana Smith Whitworth*
Jana Smith Whitworth, Trial Attorney
Texas Bar No. 00797453/Fed. I.D. No. 20656
515 Rusk Avenue, Suite 3516
Houston, Texas 77002
Telephone: (202) 934-4162
Email: Jana.Whitworth@usdoj.gov

*COUNSEL FOR THE UNITED STATES TRUSTEE*

**REED SMITH LLP**

By: */s/ Omar J. Alaniz*

Omar J. Alaniz (24040402)
London England (24110313)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Fax: 469.680.4299
E-mail: oalaniz@reedsmith.com
lengland@reedsmith.com

**REED SMITH LLP**
Amalia Sax-Bolder (admitted *pro hac vice*)
1900 Lawrence Street, Suite 2800
Denver, CO 80202
Telephone: 303.552.3800
Fax: 303.552.3799
E-mail: asaxbolder@reedsmith.com

*Proposed Counsel for the Debtors and Debtors in Possession*