**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>FRC BALANCE, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-90806 (CML)<br><br>(Jointly Administered) |

## SIMON PROPERTY GROUP, L.P.'S WITNESS AND EXHIBIT LIST

Simon Property Group, L.P. (together with, and on behalf of, certain of its affiliates, "Simon"), by and through its undersigned counsel, hereby submit this witness and exhibit list for the hearing scheduled to commence on November 9, 2026, at 11:00 a.m. (prevailing Central Time).

### Witnesses

1. Any witness called or designated by any other party.
2. Any impeachment or rebuttal witness, as necessary.

### Exhibits

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| | All exhibits necessary for impeachment purposes. | | | | | | | |
| | Any document entered or filed in the above-styled bankruptcy cases, including any exhibits thereto. | | | | | | | |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are FRC Balance, LLC (6386); True Food Kitchen Investco, LLC (8744); True Food Kitchen Holdings, LLC (8972); True Food Kitchen Parent, LLC (9901); FRC True Food Preston, LLC (2759); True Food Hospitality, LLC (4500); True Food Beverages, LLC (9500); TFK Maryland LLC (9157); and FRC TF California, LLC (8589). The location of the Debtors' service address for purposes of these chapter 11 cases is 7135 E. Camelback Rd, Suite 230, Scottsdale, AZ 85251. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/FRCBalance.

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| | Any and all documents identified or offered by any other party. | | | | | | | |

**Reservation of Rights**

Simon reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement this list prior to the Hearing.

[*Remainder of page intentionally left blank.*]

Dated: November 6, 2026
Houston, TX

*/s/ Ishani Patel*

**SIDLEY AUSTIN LLP**
Duston K. McFaul (TX Bar No. 24003309)
Ian C. Ferrell (admitted *pro hac vice*)
Ishani Patel (TX Bar No. 24143283)
1000 Louisiana Street, Suite 5900
Houston, Texas 77002
Telephone: (713) 495-4500
Facsimile: (713) 495-7799
Email: dmcfaul@sidley.com
iferrell@sidley.com
ishani.patel@sidley.com

*Counsel to Simon Property Group, L.P.*

**<u>Certificate of Service</u>**

I certify that on November 6, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*<u>/s/ Ishani Patel</u>*
Ishani Patel