**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRC BALANCE LLC, *et al.*, | ) | Case No. 26-90806 (CML) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LIMITED OBJECTION AND RESERVATION OF RIGHTS RE: DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING BIDDING PROCEDURES IN CONNECTION WITH A SALE OR PLAN SPONSOR SELECTION, (II) AUTHORIZING STALKING HORSE SELECTION PROCESS, (III) SCHEDULING AN AUCTION AND SALE HEARING, AND (IV) GRANTING RELATED RELIEF**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of FRC Balance LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors") files this Limited Objection and Reservation of Rights (the "Statement") to the *Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures in Connection with a Sale or Plan Sponsor Selection, (II) Authorizing Stalking Horse Selection Process, (III) Scheduling an Auction and Sale Hearing, and (IV) Granting Related Relief* [Docket No. 59] (the "Motion"), including the proposed form of order attached to the Motion (the "Proposed Order") and the bidding procedures attached to the Proposed Order as Exhibit 1 (the "Bidding Procedures")[2] and respectfully states:

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are FRC Balance, LLC (6386); True Food Kitchen Investco, LLC (8744); True Food Kitchen Holdings, LLC (8972); True Food Kitchen Parent, LLC (9901); FRC True Food Preston, LLC (2759); True Food Hospitality, LLC (4500); True Food Beverages, LLC (9500); TFK Maryland LLC (9157); and FRC TF California, LLC (8589). The location of the Debtors' service address for purposes of these chapter 11 cases is 7135 E. Camelback Rd, Suite 230 Scottsdale, AZ 85251. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/FRCBalance.

[2] A capitalized term used but not defined in this Objection has the meaning given to it in the Motion, the Proposed Order, or the Bidding Procedures, as applicable.

## PRELIMINARY STATEMENT

1. Since the Committee's recent appointment, the Committee has been working constructively with the Debtors to resolve its objections to the form of the Bidding Procedures and Proposed Order and believes that the majority of its issues have been resolved through the revised form of Proposed Order that, *inter alia,* include the following improvements:

- Now provides for the Committee to be a Consultation Party throughout, whereas previously, the Committee was merely a notice party;
- Requires the Debtors to file the Wind-Down Amount by a date certain and with Committee consent so that overbidders may know the amount necessary for the overbid;
- Curtails the Consultation Parties' rights to be consulted if the Consultation Party requests to be designated the stalking horse bidder or submits a bid;
- Clarifies that if secured parties credit bid, they must fund the Wind-Down Amount in cash and must also provide a 10% deposit of such amount;
- Reserves the Committee's rights to challenge a credit bid; and
- Expedites the provision of adequate assurance of future performance information to counterparties, including landlords, specifies what that information entails, and requires bidders to submit such information in connection with their bids.

2. The Committee files this Limited Objection in the interest of time as there remains one open issue between the parties with respect to whether overbidders should be required to commit to providing replacement DIP financing. The Committee submits that should not be a condition to becoming a Qualified Bidder.

## BACKGROUND

### A. The Chapter 11 Cases and the Committee

3. On October 4, 2026 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code")

in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court").

4. On October 20, 2026, the Office of the United States Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code. *See* United States Trustee's *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 116]. The seven members of the Committee comprised of landlords, food and services suppliers, and former employees are: Gordon Food Service; Brookfield Property n/k/a GGP Services, Inc.; Simon Property Group, L.P.; LEAP Amp LLC; Blackmon Mooring BMS CAT; K3 Facility Services, LLC; Sebastian Taylor, Class Representative.

5. The Bidding Procedures initial proposed the sale timeline below. After discussions, the Committee has agreed with the Debtors on the following timeline:

| **Event** | **Original** | **Revised** |
|---|---|---|
| Stalking Horse Designation Deadline | November 30, 2026 | November **23**, 2026 |
| Deadline to Serve Counterparties with Stalking Horse Adequate Assurance of Future Performance Information | | **November 23, 2026** |
| Deadline to File Wind-Down Amount | N/A | **November 23, 2026** |
| Stalking Horse Objection Deadline (originally "Bid Protections Objection Deadline") | Five (5) days after service of the Stalking Horse Notice | **December 16**, 2026 |
| Bid Deadline | December 10, 2026, 5:00 p.m. | December **2**, 2026, 5:00 p.m. |
| Bid Qualification Deadline | December 12, 2026 | December **4**, 2026 |
| Deadline to Serve Counterparties with Qualified Bidders' Adequate Assurance of Future Performance Information | | **December 7, 2026** |
| Auction | December 15, 2026 | December **8**, 2027 |
| Sale Objection Deadline | December 18, 2026 | December **16**, 2026 |

| Event | Original | Revised |
|---|---|---|
| Sale Hearing | December 21, 2026, subject to the Court's availability | December **18**, 2027, subject to the Court's availability |
| Outside Date for Sale Closing | January 22, 2027 | January 22, 2027 (no change) |
| Outside Date for Plan Effective Date | March 31, 2027 | March 31, 2027 (no change) |

## LIMITED OBJECTION

### A. The Overbid Requirements Must be Revised

6. The overbid requirements make it impossible for an overbidder to actually overbid. To qualify, an overbidder must provide a "Replacement Financing Commitment" in an amount equal to the remaining undrawn Tranche B commitment under the DIP Facility. This amount, which is presently unknown, must be eliminated. Overbidders are already required to satisfy outstanding DIP Obligations at closing. They should not also be required to provide interim DIP financing. The requirement seems to be a byproduct of the multi-tranche structure in the DIP financing tied to the incremental "trickle" funding provided by HumanCo, which ties funding to sale milestones instead of funding the DIP pursuant to the Budget. The Committee's DIP objection is pending on this point. *See Omnibus Objection of the Official Committee of Unsecured Creditors to Debtors' DIP Motion and Cash Collateral Motion* at ¶ 37 [Docket No. 209].

## RESERVATION OF RIGHTS

7. The Committee reserves the right to supplement or amend this Limited Objection pending review of the final Proposed Order. The Committee reserves its rights to object to any break-up fee or expense reimbursement requested by an insider (or affiliate) and to object to any credit bidding on account of disputed secured debt.

## CONCLUSION

WHEREFORE, the Committee respectfully requests that the Court (i) sustain this Limited Objection and (ii) grant such other and further relief as the Court deems just and proper.

Dated: November 6, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Theodore S. Heckel, Sr.*
Maxim B. Litvak (SBT 24002482)
Theodore S. Heckel, Sr. (SBT 24133488)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: mlitvak@pszjlaw.com
theckel@pszjlaw.com

-and-

Bradford J. Sandler (admitted pro hac vice)
Shirley S. Cho (admitted pro hac vice)
Cia H. Mackle (admitted pro hac vice)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
scho@pszjlaw.com
cmackle@pszjlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Theodore S. Heckel, Sr.*
Theodore S. Heckel, Sr.